# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| HEAVY DUTY LIGHTING, LLC, | ) |
| Plaintiff, | ) Civil Action No. 6:21-cv-1259-ADA |
| v. | ) **JURY TRIAL DEMANDED** |
| XICATO, INC., AND DESIGN BUILD LIGHTING INC., | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Heavy Duty Lighting, LLC hereby dismisses its complaint in the above-captioned matter without prejudice. No answer and no motion for summary judgment has been served by Defendant. Dismissal without prejudice by notice and without court order is therefore proper. Fed. R. Civ. P. 41(a)(1)(A).

Date: March 18, 2022

Respectfully submitted,

/s/ Cecil E. Key
Cecil E. Key
Jay P. Kesan
Henning Schmidt
DIMURO GINSBERG, P.C.
1101 King St., Suite 610
Alexandria, Virginia 22314
Phone: (703) 684-4333
Fax:   (703) 548-3181
Email: ckey@dimuro.com
       jkesan@dimuro.com
       hschmidt@dimuro.com

*Attorney for Plaintiff*
*HEAVY DUTY LIGHTING, LLC*